**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR


MEMO ENDORSED

**NEW YORK CITY OFFICE**
305 BROADWAY
SUITE 1400
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

November 20, 2019

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

BY ECF

        Re:    <u>United States v. Sargeant, et al.</u>,
                 19 Cr. 666 (KMK)

Dear Judge Karas:

    I am assigned to represent defendant Howard Meredith in the above matter who is charged in a narcotics conspiracy. On September 19, 2019, my client was arraigned before the Honorable Judith C. McCarthy and was released on conditions which included an unsecured $100,000 personal recognizance bond, cosigned by two financially responsible persons, and home detention with electronic monitoring.

    I write to the Court to request a temporary modification of these conditions of release to allow my client to visit with his parents and family, at their home in the Bronx, New York, for Thanksgiving, on November 28, 2019, from 3:00 pm until midnight. I have provided the address to Pretrial Services. He has been in full compliance with all conditions to date.

    I am informed by the Government and Pretrial Services that they have no objection to this request.

    As always, thank you, Your Honor, for your consideration.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

*Handwritten endorsement:* Having received no opposition from the Government, this request is granted. So Ordered. [signed] 11/21/19

cc: AUSA Christopher Brumwell (By ECF)
     PTSO Leo Barrios (By Email/PDF)