UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

HOWARD MEREDITH,

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

19 Cr. 666 (KMK)

Defendant ~~David Montero~~ Howard Meredith (AEK) hereby voluntarily consents to participate in the following proceeding via  _X_  videoconferencing or  _X_  teleconferencing:

____   Initial Appearance Before a Judicial Officer

____   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_    Plea Hearing

____   Conference Before a Judicial Officer

/s/ Howard Meredith (Signed by counsel with Defendant's consent)
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Howard E Tanner_
Defendant's Counsel's Signature

Howard Meredith
Print Defendant's Name

Howard E. Tanner
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2/17/22
Date

_Andrew Krause_
~~U.S. District Judge~~/U.S. Magistrate Judge